IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, Parent and Natural
Guardian of John Doe, a Minor                                                                    PLAINTIFF

V.                                       4:11CV00818 JMM

DR. TOM KIMBRELL, Arkansas Department of
Education, et al,                                                                                DEFENDANTS

ORDER

Pending is the Plaintiff's Second Motion for Extension of Time to respond to the Defendants' Motion to Dismiss. Plaintiff states that she needs additional time in order to obtain information which she believes is relevant to her response. Plaintiff has received certain information from the Defendants under the Freedom of Information Act. However, Defendants state that portions of Plaintiff's request are exempt from the FOIA because they include students' names and transcripts and employee job performance records. Defendants further argue that the Motion to Dismiss is based upon the failure of the Complaint to state a claim upon which relief may be granted under Rule 12(b)(6) and, therefore, the Court cannot consider matters outside of the pleadings and incorporated exhibits. Thus, Plaintiff should be able to respond to the Defendant's motion without the requested extraneous materials. The Court agrees.

Plaintiff's response need not contain additional evidence to support her claim that her son's rights were violated by not being chosen for the high school basketball team. In fact, any evidence provided must be excluded by the Court under Rule 12(d) or the motion must be treated as one for summary judgment. Fed. R. Civ. P. 12(d).

Accordingly, Plaintiff's Second Motion for Extension of Time (Docket #13) is DENIED. Plaintiff is directed to file her Response by 5:00 p.m. on January 27, 2012. Plaintiff's motion to

file a reply to the Defendants' response (Docket # 15) is also DENIED.

      IT IS SO ORDERED this 24th day of January, 2012.


                                                        James M. Moody
                                                      United States District Judge