IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERESA BLOODMAN, Parent and Natural
Guardian of John Doe, a Minor**                                                            **PLAINTIFF**

V.                                                    4:11CV00818 JMM

**DR. TOM KIMBRELL, Arkansas Department of
Education, et al,**                                                                                 **DEFENDANTS**

## ORDER

Pending is the Plaintiff's First Motion for Leave to File Amended Complaint. The Defendants object to the amendment. Rule 15(a)(2) of the Federal Rules of Civil Procedure directs the Court to freely give leave to amend a pleading when justice so requires. Therefore, the Court will grant Plaintiff's motion (Docket # 20). Plaintiff may file her Amended Complaint on or before February 17, 2012.

IT IS SO ORDERED this 15th day of February, 2012.

_____
James M. Moody
United States District Judge