IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, PARENT AND NATURAL GUARDIAN OF
JOHN DOE, A MINOR CHILD                                         PLAINTIFF

V.                    CASE NUMBER: 4:11-CV-00818-JMM

DR. TOM KIMBRELL, ARKANSAS DEPARTMENT OF EDUCATION, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. JERRY GUESS, SUPERINTENDENT, PULASKI COUNTY SPECIAL SCHOOL DISTRICT, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. TAMEKA BROWN, PRINCIPAL, MAUMELLE HIGH SCHOOL INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MICHAEL SHOOK, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
GROVER GARRISON, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
SHERMAN COX, ATHLETIC DIRECTOR, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY              DEFENDANTS


**MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR AN EXTENSION OF SCHEDULING ORDER**

Comes now the Plaintiffs, pro se, and for their motion states:

1. That this matter is now pending before the court.

2. That the Court has issued a final scheduling order governing disclosures and discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure and the local rules. (Docket Entry No. 44).

3. That the deadline for completion of discovery, pursuant to the order of this Court is May 8, 2012.

4. That the defendants Brown, Shook, Garrison and Cox have filed a motion

1

for protective order and has not provided any information requested pursuant to FRCP Rule 26.

5. That efforts by the Plaintiff from the inception of this litigation, have been made complicated and problematic given the resistance of the defendants Brown, Shook, Garrison and Cox. Further, they have filed a motion for protective order and have not provided any information requested to comply with request for discovery and the setting of depositions to advance the facts alleged as the basis for her cause of action.

6. The Defendants have consistently failed to comply fully even with the information that the Plaintiff is entitled to under the Arkansas Freedom of Information Act. (Exhibit A)

7. That on March 36, 2012, the Plaintiffs served the defendants with Interrogatories and Requests for Production of Documents. (Exhibit B)

8. That since a Motion for a Protective Order has been filed with this Court, and the refusal to engage in Discovery until a decision by this Court relevant to the dimensions regarding discovery, this motion has become necessary in order to protect the Plaintiffs' rights to discovery under Rule 26 of the Federal Rules of Civil Procedure, Rule 26 et.seq.

9. That discovery will not be completed by the May 8, 2012 deadline.

10. Plaintiffs have demonstrated diligence in attempting to complete discovery. (Exhibits C and D)

11. Plaintiffs will be prejudice if the extension is not granted.

12. Defendants will not be prejudiced by an extension of the scheduling order.

13. That this motion is not made for the purpose of delay, but is in the best

interest of justice.

14.     That prior to the filing of this motion, the Plaintiff complied with Local Rule 7.2(g), by conferring in "good faith" on the specific issue or issues in dispute with the defendants Brown, Shook, Garrison and Cox's counsel and we are not able to resolve the disagreements without the intervention of the Court. (Exhibits D)

**WHEREFORE,** the Plaintiffs prays that this court enter an order extending the time to complete discovery for a reasonable period of time pending the decision of this Court on motions now before the Court and all other proper and just relief.

        Respectfully submitted,

        /s/ Teresa Bloodman
        Teresa Bloodman #2005055
        Attorney for Plaintiff
        P.O. Box 13641
        Maumelle, AR 72113
        (501) 373-8223 Office
        (501) 847-4040 Facsimile
        teresabloodman@yahoo.com

## **CERTIFICATE OF SERVICE**

I, Teresa Bloodman, hereby certify that on this 7th day of May 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR          72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequette@bbpalaw.com

Mr. Scott P. Richardson  
Assistant Attorney general  
323 Center Street, Suite 200  
Little Rock, AR 72201-2610  
Telephone: (501) 682-1019  
Fax: (501) 682-2591  
scott.richardson@arkansasag.gov

                                              /s/Teresa Bloodman