**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERESA BLOODMAN, PARENT AND NATURAL GUARDIAN OF**
**JOHN DOE, A MINOR CHILD**                                                      **PLAINTIFF**

**V.**                           **CASE NUMBER: 4:11-CV-00818-JMM**

**DR. TOM KIMBRELL, ARKANSAS DEPARTMENT OF EDUCATION,**
**INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;**
**DR. JERRY GUESS, SUPERINTENDENT, PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;**
**DR. TAMEKA BROWN, PRINCIPAL, MAUMELLE HIGH SCHOOL**
**INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;**
**MICHAEL SHOOK, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY**
**NAMED AND OFFICIAL CAPACITY;**
**GROVER GARRISON, COACH, MAUMELLE HIGH SCHOOL,**
**INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;**
**SHERMAN COX, ATHLETIC DIRECTOR, MAUMELLE HIGH SCHOOL,**
**INDIVIDUALLY NAMED AND OFFICIAL CAPACITY**                  **DEFENDANTS**

## MOTION FOR RECONSIDERATION

Comes now the Plaintiffs, pro se, and for their motion states:

1.     That on April 25, 2012, separate defendants Brown, Shook, Garrison and Cox filed a Motion for Protective Order. (Docket Entry 53)

2.     That the time to respond to said motion would have been May 9, 2012 at 12:00 midnight.

3.     That the Court entered an Order on May 9, 2012 at 9:59 a.m., eliminating Plaintiffs' right to respond to Defendants' motion which Plaintiffs' verily believe the Defendants are not entitled to especially given the fact that the Plaintiffs have not been given the opportunity to respond. (Docket Entry 60)

4.     That Plaintiffs have since filed a Response and Brief in Opposition to said motion even though a decision was rendered.  (Docket Entries 61 and 62)

      5.      That this motion is not frivolous, but it is filed for the purpose of assuring that the Plaintiffs are afforded the justice they are entitled.

**WHEREFORE,** the Plaintiffs pray that this court reconsider its Order requested by the Defendant in this matter and for all other proper and just relief.

                                                  Respectfully submitted,

                                                  /s/ Teresa Bloodman_____
                                                Teresa Bloodman #2005055
                                                Attorney for Plaintiff
                                                P.O. Box 13641
                                                Maumelle, AR 72113
                                                (501) 373-8223 Office
                                                (501) 847-4040 Facsimile
                                                teresabloodman@yahoo.com

## **CERTIFICATE OF SERVICE**

I, Teresa Bloodman, hereby certify that on this 9th day of May 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR       72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequette@bbpalaw.com

3

Mr. Scott P. Richardson
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 682-1019
Fax: (501) 682-2591
scott.richardson@arkansasag.gov

/s/Teresa Bloodman