IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, Parent and Natural Guardian
of John Doe, a minor child                                                            PLAINTIFF

vs.                               No. 4:11-cv-00818-JMM

DR. TOM KIMBRELL, Arkansas Department of Education,
Individually Named and Official Capacity;
DR. JERRY GUESS, Superintendent, Pulaski County Special
School District, Individually Named and Official Capacity;
DR. TAMEKA BROWN, Principal, Maumelle High School,
Individually Named and Official Capacity;
MICHAEL SHOOK, Coach, Maumelle High School,
Individually Named and Official Capacity;
GROVER GARRISON, Coach, Maumelle High School,
Individually Named and Official Capacity;
SHERMAN COX, Athletic Director, Maumelle High School,
Individually Named and Official Capacity,                                         DEFENDANTS

## RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR AN EXTENSION OF SCHEDULING ORDER

Separate Defendants, Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox, by their attorneys, Bequette & Billingsley, P.A., for their Response to Plaintiff's Motion for Extension of Time to Complete Discovery and for an Extension of Scheduling Order, allege and state:

1.      Separate Defendants admit the allegations set forth in paragraph 1 of Plaintiff's Motion.

2.      Separate Defendants admit the existence of the order referred to in paragraph 2 of Plaintiff's Motion, which speaks for itself. Separate Defendants otherwise deny the remaining allegations set forth in paragraphs 2 and 3 of Plaintiff's Motion.

3. Separate Defendants admit the existence of the Motion for Protective Order referred to in paragraph 4 of Plaintiff's Motion, which speaks for itself. Separate Defendants deny the remaining allegations set forth in paragraphs 4 and 5 of Plaintiff's Motion.

4. Separate Defendants deny the allegations set forth in paragraph 6 of Plaintiff's Motion.

5. Separate Defendants admit the existence of the documents referred to in paragraph 7 of Plaintiff's Motion, which speak for themselves. Separate Defendants deny the remaining allegations set forth in paragraph 7 of the Motion.

6. Separate Defendants admit the existence of the Motion for Protective Order referred to in paragraph 8 of Plaintiff's Motion. Separate Defendants deny the remaining allegations set forth in paragraph 8 of Plaintiff's Motion.

7. Separate Defendants state affirmatively that Plaintiff's Motion is moot due to the Court's order dated May 9, 2012, which granted Separate Defendants' Motion for Protective Order and granting Defendants' Joint Motion for Extension of Time to Complete Discovery.

8. Separate Defendants admit the allegations set forth in paragraph 9 of Plaintiff's Motion. However, Separate Defendants state affirmatively that discovery should not commence in this proceeding until the Court has ruled on Defendants' Motions to Dismiss Plaintiff's Amended Complaint.

9. Separate Defendants admit the existence of the documents referred to in paragraph 10 of Plaintiff's Motion, which speak for themselves. Separate Defendants' counsel never received a letter dated March 28, 2012 from Plaintiff. *See* Ex. C to Plaintiff's Motion. Upon receipt of the April 30, 2012 letter from Plaintiff's counsel, Separate Defendants' counsel immediately responded.

A copy of the response from Separate Defendants' counsel is attached hereto as Exhibit "A." The remaining allegations in paragraph 10 are denied.

10. The allegations set forth in paragraph 11 of Plaintiff's Motion are moot based on the May 9, 2012 Order.

11. The allegations set forth in paragraph 12 of Plaintiff's Motion are moot based on the May 9, 2012 Order.

12. The allegations set forth in paragraph 13 of Plaintiff's Motion are moot based on the May 9, 2012 Order.

13. Separate Defendants admit the allegations set forth in paragraph 14 of Plaintiff's Motion.

WHEREFORE, Separate Defendants, Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox, pray that Plaintiff's Motion for Extension of Time to Complete Discovery and for an Extension of Scheduling Order be denied; for their attorney's fees and costs incurred herein; and for all other appropriate relief.

Respectfully submitted,

**/s/ Jay Bequette**
Bar Number 87012
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
E-mail: jbequette@bbpalaw.com

Attorneys for Separate Defendants Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Teresa Bloodman, Esq.      teresabloodman@yahoo.com

Scott P. Richardson, Esq.      scott.richardson@arkansasag.gov; agcivil@arkansasag.gov; danielle.williams@arkansasag.gov

      **/s/ Jay Bequette**
      Bar Number 87012
      BEQUETTE & BILLINGSLEY, P.A.
      425 West Capitol Avenue, Suite 3200
      Little Rock, AR 72201-3469
      Telephone: (501) 374-1107
      Fax: (501) 374-5092
      E-mail: jbequette@bbpalaw.com

J:\MARGO\Pcssd\Bloodman\Response to Motion to Extend Time.wpd