IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, Parent and Natural Guardian
of John Doe, a minor child                                                              PLAINTIFF

vs.                                    No. 4:11-cv-00818-JMM

DR. TOM KIMBRELL, Arkansas Department of Education,
Individually Named and Official Capacity;
DR. JERRY GUESS, Superintendent, Pulaski County Special
School District, Individually Named and Official Capacity;
DR. TAMEKA BROWN, Principal, Maumelle High School,
Individually Named and Official Capacity;
MICHAEL SHOOK, Coach, Maumelle High School,
Individually Named and Official Capacity;
GROVER GARRISON, Coach, Maumelle High School,
Individually Named and Official Capacity;
SHERMAN COX, Athletic Director, Maumelle High School,
Individually Named and Official Capacity,                                         DEFENDANTS

## RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Separate Defendants, Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox, by their attorneys, Bequette & Billingsley, P.A., for their Response to Plaintiff's Motion for Reconsideration, allege and state:

1. Separate Defendants admit the existence of the Motion for Protective Order referred to in paragraph 1 of Plaintiff's Motion, which speaks for itself. Separate Defendants deny the remaining allegations set forth in paragraph 1 of Plaintiff's Motion.

2. Separate Defendants are without sufficient information to admit or deny the allegations set forth in paragraph 2 of Plaintiff's Motion and therefore deny same.

3. Separate Defendants admit the existence of the docket entries referred to in paragraphs 3 and 4 of Plaintiff's Motion, which speak for themselves. Separate Defendants deny the remaining allegations set forth in paragraphs 3 and 4 of Plaintiff's Motion.

    4.      The allegations set forth in paragraph 5 do not require a response.

WHEREFORE, Separate Defendants, Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox, pray that Plaintiff's Motion for Reconsideration be denied; for their attorney's fees and costs incurred herein; and for all other appropriate relief.

                              Respectfully submitted,

                              **/s/ Jay Bequette**
Bar Number 87012
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
E-mail: jbequette@bbpalaw.com

Attorneys for Separate Defendants Dr. Jerry Guess, Dr. Tameka Brown, Michael Shook, Grover Garrison and Sherman Cox

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Teresa Bloodman, Esq.        teresabloodman@yahoo.com

Scott P. Richardson, Esq.       scott.richardson@arkansasag.gov; agcivil@arkansasag.gov; danielle.williams@arkansasag.gov

                              **/s/ Jay Bequette**
Bar Number 87012
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
E-mail: jbequette@bbpalaw.com

J:\MARGO\Pcssd\Bloodman\Response to Motion for Reconsideration.wpd