IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, PARENT AND NATURAL GUARDIAN OF
JOHN DOE, A MINOR CHILD                                                    PLAINTIFF

V.                            CASE NUMBER: 4:11-CV-00818-JMM

DR. TOM KIMBRELL, ARKANSAS DEPARTMENT OF EDUCATION, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. JERRY GUESS, SUPERINTENDENT, PULASKI COUNTY SPECIAL SCHOOL DISTRICT, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. TAMEKA BROWN, PRINCIPAL, MAUMELLE HIGH SCHOOL INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MICHAEL SHOOK, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
GROVER GARRISON, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
SHERMAN COX, ATHLETIC DIRECTOR, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY                DEFENDANTS

**PLAINTIFFS' RESPONSE TO DEFENDANT'S JOINT MOTION TO EXTEND DEADLINES**

Comes now the Plaintiffs and for their response to the Defendants Joint Motion to Extend Deadlines state:

1. That on May 7, 2012, at 6:20 a.m., Plaintiffs filed their motion for extension of the discovery deadline based upon the resistance by the Defendants to agree to any discovery pending resolution of both the Motion for Protective Order and of their Motion to Dismiss prior to the Defendants filing of an extension. (See Docket Entry 57)

2. That on May 7, 2012, at 11:25 a.m., Defendants filed their motion to Extend.

3. That the Plaintiffs motion to extend was granted by this court on May 9, 2012.

4. That the Defendants' position that an extension of time is inappropriate and nonsensical in light of the fact that the scheduling order requires completion within a certain time frame.

5. Further, the Defendant's cite no authority as the basis for granting their motion.

6. That the Plaintiff's motion for extension has been granted, thus leaving Defendant's motion as moot.

**WHEREFORE,** the undersigned prays that the Defendant's Joint Motion to Extend Deadlines be denied as moot and for all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman
Teresa Bloodman #2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(501) 373-8223 Office
(501) 847-4040 Facsimile
teresabloodman@yahoo.com

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, hereby certify that on this 17th day of April 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Mr. Scott P. Richardson
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 682-1019
Facsimile: (501) 682-2591
scott.richardson@arkansasag.gov

Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR        72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequette@bbpalaw.com

/s/Teresa Bloodman
Teresa Bloodman