# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERESA BLOODMAN, Parent and Natural**
**Guardian of John Doe, a Minor**                                                                      **PLAINTIFF**

**V.**                                                **4:11CV00818 JMM**

**DR. TOM KIMBRELL, Arkansas Department of**
**Education, et al,**                                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed Plaintiff's Motion for Leave to File Second Amended Complaint and the Defendants' Responses. For good cause shown, Plaintiff's Motion (Docket # 69) is GRANTED. Plaintiff should file her Second Amended Complaint on or before June 29, 2012.

The Court has also considered Plaintiff's Motion for Reconsideration of the Protective Order entered by the Court on May 9, 2012 and the related pleadings. The Protective Order and the extension of deadlines is even more appropriate in light of the decision to allow Plaintiff to amend her Complaint again.

Accordingly, Plaintiff's Motion for Leave to File (Docket # 69 ) is GRANTED. Plaintiff's Motion for Reconsideration (Docket # 63) is DENIED.

IT IS SO ORDERED this 25th day of June, 2012.

_____
James M. Moody
United States District Judge