IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN, Parent and Natural
Guardian of John Doe, a Minor                                                   PLAINTIFF

V.                              4:11CV00818 JMM

DR. TOM KIMBRELL, Arkansas Department of
Education, et al,                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed with prejudice as to the due process, equal protection, and Title IX claims. Plaintiff's Complaint is dismissed without prejudice as to the state law claims.

IT IS SO ORDERED this 17th day of August, 2012.


_____
James M. Moody
United States District Judge