Case 4:11-cv-00818-JM   Document 94   Filed 08/17/12   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERESA BLOODMAN, Parent and Natural**
**Guardian of John Doe, a Minor**                                                            **PLAINTIFF**

**V.**                                    **4:11CV00818 JMM**

**DR. TOM KIMBRELL, Arkansas Department of**
**Education, et al,**                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed with prejudice as to the due process, equal protection, and Title IX claims. Plaintiff's Complaint is dismissed without prejudice as to the state law claims.

IT IS SO ORDERED this 17th day of August, 2012.

_____
James M. Moody
United States District Judge