# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERESA BLOODMAN, Parent and Natural Guardian
of John Doe, a minor child**                                                   **PLAINTIFF**

vs.                              No. 4:11-cv-00818-JMM

**DR. TOM KIMBRELL, Arkansas Department of Education,
Individually Named and Official Capacity;
DR. JERRY GUESS, Superintendent, Pulaski County Special
School District, Individually Named and Official Capacity;
DR. TAMEKIA BROWN, Principal, Maumelle High School,
Individually Named and Official Capacity;
MICHAEL SHOOK, Coach, Maumelle High School,
Individually Named and Official Capacity;
GROVER GARRISON, Coach, Maumelle High School,
Individually Named and Official Capacity;
SHERMAN COX, Athletic Director, Maumelle High School,
Individually Named and Official Capacity**                         **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND BRIEFTO DEFENDANTS' RENEWED MOTION TO DISMISS STATE DEFENDANTS

Comes now the Plaintiff and moves this Honorable Court for an extension of time to file her response and brief to the Defendants' Renewed Motion to Dismiss State Defendants and as the basis for said motion states:

1.    Defendants filed a Renewed Motion to Dismiss State Defendants on or about November 25, 2013.

2.    That Plaintiff's response and brief are due to be filed in this matter on December 9, 2013.

1

3. That counsel needs additional time to complete and file said response and brief due to a number of factors since the filing of the Defendants' Renewed Motion to Dismiss State Defendants, including but not limited to the preparation of other appellate briefs with the Arkansas Supreme Court, scheduled court appearances and trials, illness of counsel's paralegal, and the recent inclement winter storm in the Little Rock metropolitan area.

4. That the undersigned is a solo practitioner and this does not have the assistance of other in-house counsel to minimize the workload.

5. The undersigned will not be able to meet the deadline due to other previously scheduled state court appearances, preparation of scheduled criminal trials, and other briefs due in the state appellate courts, of which these dates are running concurrent as a result of the aforementioned in paragraph three herein.

6. The undersigned is very grateful and appreciates the Court for understanding the present conflicts.

7. It is expected that the undersigned will be able to complete and file said response and brief with the extension of an additional twenty (20) days.

8. That movant makes this motion in good faith and is not made

for the purposes of any delay or other illegitimate purposes.

9. That this motion is in the best interest of justice and will not affect the rights of the parties herein.

10. That on this date, due to the inclement weather, efforts have been unsuccessful in contacting opposing counsel prior to filing this motion.

**WHEREFORE,** the undersigned respectfully requests this Court to grant this motion for an extension of time of twenty ( 20) days or until December 29, 2013, in which to complete and file Plaintiff's response and brief and for all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman
Teresa Bloodman #2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(501) 373-8223 Office
(501) 847-4040 Facsimile
teresabloodman@yahoo.com

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, hereby certify that on this 6th day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below:

Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR     72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequett@bbpalaw.com

Mr. Scott P. Richadson
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201
(501) 682-1019 direct
(501) 682-2591facsimile
scott.richardson@arkansas.gov

/s/Teresa Bloodman