IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERESA BLOODMAN, PARENT AND NATURAL GUARDIAN OF
JOHN DOE, A MINOR CHILD                                              PLAINTIFF**

**V.                   CASE NUMBER: 4:11-CV-00818-JMM**

**DR. TOM KIMBRELL, ARKANSAS DEPARTMENT OF EDUCATION, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. JERRY GUESS, SUPERINTENDENT, PULASKI COUNTY SPECIAL SCHOOL DISTRICT, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY; DR. TAMEKA BROWN, PRINCIPAL, MAUMELLE HIGH SCHOOL INDIVIDUALLY NAMED AND OFFICIAL CAPACITY; MICHAEL SHOOK, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY; GROVER GARRISON, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY; SHERMAN COX, ATHLETIC DIRECTOR, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY                                                         DEFENDANTS**

**MOTION FOR EXTENSION OF TIME AND TO AMEND THE
SCHEDULING ORDER AND OTHER PENDING MATTERS**

Comes now the Plaintiff and moves the court for an extension of time and to amend order and as the basis for said motion states:

1. The Scheduling Order entered by this Court mandates that certain discovery be completed by February 7, 2014.

2. The undersigned has undertaken in good faith to schedule discovery so as to comply with said deadline.

3. On the other hand, the defendants have made a concerted efforts to resist and delay discovery.

4. Discovery is appropriate and necessary in this matter in order that this court have information in order to rule on anticipated motions that will be filed by the defendants.

5. Unless the discovery deadlines are amended and unless the defendants are directed to make themselves available in a timely matter, the plaintiff will likely be unable to develop her case as contemplated under the Fed. Rules of Civil Procedure.

6. This motion is not made for the purpose of delay but is in the best interest of justice.

7. That the Plaintiff has attached hereto a memorandum in support of this motion.

**WHEREFORE** the Plaintiff prays that the Motion be granted and for all other proper and just relief.

# **CERTIFICATE OF SERVICE**

I, Teresa Bloodman, hereby certify that on this 3rd day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:


Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR    72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequette@bbpalaw.com

Mr. Scott P. Richardson
Assistant Attorney general
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 682-1019
Fax: (501) 682-2591
scott.richardson@arkansasag.gov


/s/Teresa Bloodman