## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TERESA BLOODMAN, PARENT AND NATURAL GUARDIAN OF
JOHN DOE, A MINOR CHILD**                                  **PLAINTIFF**

**V.**                    **CASE NUMBER: 4:11-CV-00818-JMM**

**DR. TOM KIMBRELL, ARKANSAS DEPARTMENT OF EDUCATION,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. JERRY GUESS, SUPERINTENDENT, PULASKI COUNTY SPECIAL
SCHOOL DISTRICT, INDIVIDUALLY NAMED AND OFFICIAL
CAPACITY; DR. TAMEKA BROWN, PRINCIPAL, MAUMELLE HIGH
SCHOOL INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MICHAEL SHOOK, COACH, MAUMELLE HIGH SCHOOL,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY; GROVER
GARRISON, COACH, MAUMELLE HIGH SCHOOL, INDIVIDUALLY
NAMED AND OFFICIAL CAPACITY; SHERMAN COX, ATHLETIC
DIRECTOR, MAUMELLE HIGH SCHOOL, INDIVIDUALLY NAMED
AND OFFICIAL CAPACITY**                              **DEFENDANTS**

## RENEWED MOTION FOR EXTENSION OF TIME AND TO AMEND THE SCHEDULING ORDER AND OTHER PENDING MATTERS

Comes now the Plaintiff and renews her motion to move the court for an

extension of time and to amend the Scheduling Order and as the basis for said

motion states:

1. The Scheduling Order entered by this Court mandates that certain

discovery be completed by February 7, 2014.

2.  The undersigned has undertaken in good faith to schedule discovery so as to comply with said deadline.

3.  On the other hand, the defendants have made a concerted efforts to resist and delay discovery.

4.  Discovery is appropriate and necessary in this matter in order that this court have information in order to rule on anticipated motions that will be filed by the defendants.

5.  Unless the discovery deadlines are amended and unless the defendants are directed to make themselves available in a timely matter, the plaintiff will likely be unable to develop her case as contemplated under the Fed. Rules of Civil Procedure.

6.  This motion is not made for the purpose of delay but is in the best interest of justice.

7.  That the Plaintiff has attached hereto a memorandum in support of this motion.

8.  The defendants continue to resist discovery which is quintessential to the prosecution of this matter and discovery of information necessary to resist any impending motions contemplated by the defendants.

9.   The defendants disregard of the Rules regarding discovery and this Court's deadline renders it almost impossible for the Plaintiffs to pursue their cause of action.  This disregard by the defendants is consistent with the demonstrated past behavior of the defendants to frustrate any and all legitimate efforts of the Plaintiff to pursue their claims as contemplated by the Eighth Circuit Court of Appeals decision.

**WHEREFORE** the Plaintiff prays that the Motion be granted and asks that this Court impose appropriate sanctions and for all other proper and just relief.

Respectfully submitted,


/s/Teresa Bloodman
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
 (501) 373-8223 Office
teresabloodman@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I, Teresa Bloodman, hereby certify that on this13th day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below; and I further certify that I have mailed the document, via U.S. Mail, postage prepaid, to all non CM/ECF participants listed below:

Mr. George J. Bequette, Esq.
425 West Capitol Avenue, Suite 3200
Little Rock, AR     72201
Telephone: (501) 374-1107
Fax: (501) 374-5092
jbequette@bbpalaw.com

Mr. Scott P. Richardson
Assistant Attorney general
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 682-1019
Fax: (501) 682-2591
scott.richardson@arkansasag.gov

/s/Teresa Bloodman