IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERESA BLOODMAN, Parent and Natural
Guardian of John Doe, a Minor**                                                               **PLAINTIFF**

V.                                      4:11CV00818 JMM

**DR. TOM KIMBRELL, Arkansas Department of
Education, et al,**                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the discovery motions pending in this case. Because it appears that the parties have been unable to complete discovery, the Court will extend the deadline and reschedule the trial in this matter. Therefore, the discovery motions (ECF Nos. 122, 124, 128, 130) are DENIED as moot. The motions for extension of time (ECF Nos. 126 and 135) are GRANTED. A new scheduling order will be filed after the Court rules on the pending motion to dismiss.

IT IS SO ORDERED this 21st day of February, 2014.

James M. Moody
United States District Judge