**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2014

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE CASES TO BE TRANSFERRED　)
TO THE DOCKET OF THE　　　　　　)　　ORDER TRANSFERRING CASES
HONORABLE JAMES M. MOODY JR.　)

Due to the retirement of Judge James M. Moody, the Clerk's office has been delegated the authority to transfer all pending cases assigned to Judge James M. Moody to the docket of Judge James M. Moody Jr.

IT IS SO ORDERED.

Dated this _10th_ day of March, 2014.

AT THE DIRECTION OF THE COURT

_____
JAMES W. McCORMACK, CLERK

cc:　Honorable James M. Moody Jr.
　　　Counsel of Record