**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERESA BLOODMAN, Parent and Natural**
**Guardian of John Doe, a Minor**                                                                          **PLAINTIFF**

V.                                             4:11CV00818 JMM

**DR. TOM KIMBRELL, Arkansas Department of**
**Education, et al,**                                                                                           **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff's case was transferred to the Court upon retirement of United States District Judge James M. Moody. Plaintiff filed a Motion to Recuse asking Judge Moody to recuse from the case based upon his previous ruling. The motion was denied. Plaintiff now asks the Court to recuse because of the relationship between the Court and Judge Moody.

"A party introducing a motion to recuse carries a heavy burden of proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise." *U.S. v. Oaks,* 606 F.3d 530, 537 (8th Cir. 2010) (quoting *Pope v. Fed. Express Corp.*, 974 F.2d 982, 985 (8th Cir. 1992). As with the previous motion, Plaintiff has failed to provide any proof that the Court is not, and cannot be, impartial in this proceeding. Therefore, the Motion to Recuse is DENIED.

Plaintiff has filed two motions asking the Court to strike Defendants Brown, Cox, Garrison, Guess and Shook's Renewed Motion to Dismiss. The Renewed Motion to Dismiss was filed on February 25, 2014. In support of her Motions to Strike, Plaintiff states that the Renewed Motion to Dismiss is premature to the Court's issuance of a new Scheduling Order and creates an unnecessary burden upon the Plaintiff to respond to the motion before the completion of discovery.

On March 5, 2014, the Court ruled that "[d]iscovery is not necessary until the Court has ruled" on the pending Motion to Dismiss. The Court also granted the Defendants' Motion for Protective Order providing that depositions did not need to be held and discovery was not due until the Court has ruled. Plaintiff has not provided any new legal argument which compels the Court to strike the Renewed Motion to Dismiss. Therefore, the Motions to Strike are DENIED.

Finally, Plaintiff asks the Court for leave to file a Third Amended Complaint. Plaintiff has attached a copy of her proposed Third Amended Complaint which includes claims and defendants which have previously been dismissed in this case, including but not limited to Dr. Tom Kimbrell and claims under Title IX. "'Law of the case' is a policy of deference under which 'a court should not reopen issues decided in earlier stages of the same litigation.'" *Washington v. Countrywide Home Loans, Inc.,* 2014 WL 998185 (8th Cir. 2014) (quoting *In re Raynor*, 617 F.3d 1065, 1068) (8th Cir. 2010) and *Agostini v. Felton*, 521 U.S. 203, 236, 117 S.Ct. 1997, 138 L.Ed. 2d 391 (1997)). Dismissal of these defendants and claims is law of the case. Therefore, Plaintiff's Motion for Leave is DENIED.

In conclusion, Plaintiff's Motion to Recuse (ECF No. 163), Plaintiff's Motions to Strike (ECF Nos. 160, 162), and Plaintiff's Motion for Leave (ECF No. 167) are DENIED. Plaintiff has until March 27, 2014 to file a response to the Renewed Motion to Dismiss.

IT IS SO ORDERED this 21st day of March, 2014.

James M. Moody Jr.
United States District Judge