# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2084

Teresa Lynette Bloodman, Parent and Natural Guardian of John Doe, a Minor Child

Appellant

v.

Dr. Tom Kimbrell, Arkansas Department of Education, Individually Named and Official Capacity

Dr. Jerry Guess, Superintendent, Pulaski County Special School District, Individually Named and Official Capacity, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:11-cv-00818-JM)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

June 25, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans



14-2084 Teresa Bloodman v. Dr. Tom Kimbrell, et al "Judge Order Filed denying for enbanc rehearing also panel rehearing" (4:11-cv-00818-JM)
ca08ml_cmecf_Notify
to:
06/25/2015 07:55 AM
Hide Details
From: ca08ml_cmecf_Notify@ca8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/25/2015

| | |
|---|---|
| **Case Name:** | Teresa Bloodman v. Dr. Tom Kimbrell, et al |
| **Case Number:** | 14-2084 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER: Denying [4281998-2] petition for enbanc rehearing filed by Appellant Ms. Teresa Lynette Bloodman. The petition for panel rehearing is also denied. Scrg May 2015 [4288619] [14-2084] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. George Jay Bequette, Jr.: jbequette@bbpalaw.com, msadler@bbpalaw.com
Ms. Teresa Lynette Bloodman: teresabloodman@yahoo.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Judge Order
**Original Filename:** /opt/ACECF/live/forms/atrautt_142084_4288619_OrderDenyEnbancRHR_233.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/25/2015] [FileNumber=4288619-0]
[8eb373c050af90b9eaa0b5f8bef1336857a44ffba70b59fcf0085cb3e2896424d7ce58246cfcea6f853b4e9391fb549f97843e53fdb7b30ad03abb1c947104cc]]
**Recipients:**

- Mr. George Jay Bequette, Jr.
- Ms. Teresa Lynette Bloodman
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4288619
**RELIEF(S) DOCKETED:**
   for enbanc rehearing also panel rehearing
   also for panel rehearing
**DOCKET PART(S) ADDED:** 5332663, 5320340, 5320341, 5332664